## READY v. THE STATE.

From the Fayette Circuit Court.

*W. C. Forrey*, for appellant.
*C. A. Buskirk*, Attorney General, for the State.

PERKINS, J.—The questions for decision in this case are the same as those presented and decided in the case of *Ready* v. *The State*, *ante*, p. 1.

Upon the authority of that case this must be affirmed, with costs.

---

## MULLEN v. THE TOWN OF GREENFIELD.

From the Hancock Circuit Court.

*J. L. Mason, B. F. Davis* and *A. H. Dickey*, for appellant.
*C. G. Offutt*, for appellee.

BIDDLE, J.—By the authority of the case of *Walter* v. *The Town of Columbia City*, 61 Ind. 24, which decides the same questions involved in this record, the present case is reversed.

The judgment is reversed, at the costs of the appellee, and the cause remanded.